NELLIE FITZGERALD, RESPONDENT, v. RICHARD A. DE-
MOTT, APPELLANT.

Submitted January 16, 1925—Decided April 16, 1925.

**Negligence—Motor Vehicle Ran Down Pedestrian Going in Same
Direction—Under Circumstances Direction of Verdict or Non-
suit was Out of Question.**

On appeal from the Bergen Circuit Court.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER
and KATZENBACH.

For the appellant, *Frank G. Turner.*

For the respondent, *Charles W. Hulst.*

PER CURIAM.

Plaintiff and a party of friends, eight or ten in all, were
walking on the right side of a county road at night, when
plaintiff was run into from behind by defendant's automobile
going in the same direction with lights burning. Plaintiff
had a verdict and judgment for damages, which we are asked
to reverse on these grounds:

1. Refusal to nonsuit (a) because no negligence of defend-
ant appeared; (b) because of contributory negligence of
plaintiff.

2. Refusal to direct a verdict for defendant on the same
grounds.

3. Refusal to order a mistrial because one of the witnesses,
not responsively to any question, interjected something about
photographs taken for an insurance company.

How a trial judge, under the circumstances of this case,
could properly nonsuit or direct for the defendant on ques-
tions either of negligence or contributory negligence, is quite
beyond our comprehension.

As to the casual mention of insurance, it is sufficient to cite
*Bashaw* v. *Eichenberger,* 2 *N. J. Adv. R.* 1124.

Judgment affirmed.